# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN LAWS SHACKELFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID J. KAUTTER; JERRY MARCOTTE; BOY'S REPUBLIC,<br><br>　　　　Defendants. | Case No. CV 18-05828 DSF (AFMx)<br><br>**ORDER OF DISMISSAL** |

On July 3, 2018, plaintiff filed a Complaint and Request to Proceed In Forma Pauperis ("IFP Request"). On July 9, 2018, the Court denied plaintiff's IFP Request and ordered plaintiff to pay the filing fees in full within 30 days or the case will be dismissed. Additionally, the Court screened the Complaint and found it legally and/or factually patently frivolous. A review of the docket indicates that plaintiff has failed to pay the full filing fee.

Accordingly, this case is hereby ordered DISMISSED.

IT IS SO ORDERED.

DATED: 8/21/18

　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE